TANYA M. PARRIS, SR. USPO

# United States District Court

### for the

### Eastern District of New York

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Jean Toussaint**

Case Number **01-CR-0210**

Name of Sentencing Judicial Officer: **The Honorable Sterling Johnson, Jr., Senior U.S. District Court Judge**

Date of Original Sentence: **January 25, 2002**

Original Offense: **Embezzlement of Social Security Administration Funds, 18 U.S.C. § 641, a Class C felony**

Original Sentence: **One month custody, 2 years and 10 months supervised release, with the following special conditions; the defendant shall participate in substance abuse treatment; the defendant shall participate in mental health treatment; the defendant to be placed on home confinement for a term of 3 months; the defendant shall pay restitution in the amount of $20,249 at a rate of $25 per month to commence 30 days after the defendant is released from custody.**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **July 26, 2002**

Assistant U.S. Attorney: **Samantha Schrieber, Esq.**   Defense Attorney:  **Peter Kirchheimer, Esq.**

==================================================================

## PETITIONING THE COURT

☐     To issue a warrant.

☒     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Use of Illicit Drugs |

U.S. Probation Officer Recommendation:

☐   The term of supervision should be
    ☒   Revoked
    ☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

Tanya M. Parris
Senior U.S. Probation Officer
(347) 534-3690

Approved by:

Eileen Kelly
Senior Deputy Chief U.S. Probation Officer
Date:

THE COURT ORDERS:
☐   No Action
☐   The Issuance of a Warrant.
☒   The Issuance of a Summons.
☐   Other

Signed
by J.
Johnson
5/14/05.